RUSSELL CLARK, Respondent, v. ANNA COHN and NEW YORK EVENING POST, INC., Appellants.— Motion for stay granted upon condition that appellants per-

fect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.